**Order entered June 2, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01329-CV

### ALBERT LUTTERODT, Appellant

### V.

### EMILY LANE OWNERS ASSOCIATION, INC., ENVISION REALTY GROUP, LLC, AND JACKSON POTTER, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

## ORDER

It has come to the Court's attention that the clerk's record is incomplete. We **ORDER** the clerk to file a supplemental record containing the following documents: appellant's motion for judgment notwithstanding the verdict (which may be titled Judgment Non Obstante Verdicto), any opposition filed by appellees to appellant's motion for judgment notwithstanding the verdict, Bruce Turner's motion for withdrawal of counsel, and any opposition to the motion to withdraw. The supplemental record shall be filed no later than June 13, 2016.

/s/     LANA MYERS
         PRESIDING JUSTICE